FILED

AUG - 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID M. COIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUILDING ON 14TH STREET )<br>SECURITY, )<br>)<br>Defendant. ) | Civil Action No. 08 1356 |

## MEMORANDUM OPINION

Plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. His application will be granted, but his complaint dismissed without prejudice for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.

Complaints filed by pro se litigants are held to less stringent standards than are formal pleadings drafted by lawyers. See Haines v. Kerner, 404 U.S. 519, 520 (1972). Nonetheless, pro se plaintiffs must comply with the Federal Rules of Civil Procedure. Jarrell v. Tisch, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure states the minimum requirements for complaints. Rule 8(a) requires that a complaint contain a short and plain statement of the grounds upon which federal jurisdiction rests, a short and plain statement showing that the plaintiff is entitled to relief, and a demand for judgment for the relief sought. Fed. R. Civ. P. 8(a). The minimum requirements Rule 8 imposes are designed to provide defendants with sufficient notice of the claim or claims being asserted in order to allow defendants to prepare a responsive answer and an adequate defense, and to determine whether the



doctrine of <u>res judicata</u> applies. <u>Brown v. Califano</u>, 75 F.R.D. 497, 498 (D.D.C. 1977). Further, compliance with Rule 8(a)'s requirements should provide a court with sufficient information to determine whether it has jurisdiction over the claims.

Here, the handwritten complaint states in its entirety as follows: "Building on 14 St. Security advanced on me to after told store was closed. Forcing me to defend self peddling knife force away put in [indecipherable] evid 1 day 6 along with this DC General Hospital Secruity stealing tobacco 2 bag and 10 dollars due to harm way forced upon 100000000 in refurbishment. Ain't got much time Justice Prevail quickly." This complaint does not meet the minimum requirements of Rule 8. Accordingly, the complaint will be dismissed without prejudice to refile. A related Order accompanies this Memorandum Opinion.

Date: July 30, 2008

United States District Judge