UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| DAVID M. COIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1356 |
| ) | |
| BUILDING ON 14TH STREET ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. This is a final, appealable Order. *See* Fed. R. App. P. 4.

Date: July 30, 2008

United States District Judge

